

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00018-CV

IN RE A.W., Relator

§    Original Proceeding

§    367th District Court of Denton County, Texas

§    Trial Court No. 2011-50489-367

§    February 27, 2024

§    Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its contempt order. A writ of mandamus shall issue only in the event the trial court fails to comply.

It is further ordered that Real Party in Interest Mother must pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr